UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action No. 5: 22-042-DCR |
| Plaintiff/Respondent, ) | and |
| ) | Civil Action No. 5: 23-292-DCR |
| V. ) | |
| ) | |
| EYRON J. SMITH ) | **JUDGMENT** |
| ) | |
| Defendant/Movant. ) | |
| ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 54 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Defendant/Movant Eyron Smith's motions to vacate, correct, or set aside his sentence pursuant to 28 U.S.C. § 2255 [Record Nos. 39 and 49] are **DENIED** and his claims are **DISMISSED**, with prejudice.

2. Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised in this proceeding.

3. The defendant/movant's collateral proceeding is **DISMISSED** and **STRICKEN** from the docket.

4. A Certificate of Appealability will not issue with respect to any issue raised in this collateral proceeding.

5. The Clerk of the Court is directed to transmit a copy of this Judgment and the corresponding Memorandum Opinion and Order to Defendant/Movant Smith.

Dated: July 23, 2024.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky